## Irvine's Estate (No. 2).

Argued May 21, 1906. Appeal, No. 127, April T., 1906, by Guy C. Bachop, deceased, from decree of O. C. Warren Co., March T., 1903, No. 11, dismissing exceptions to auditor's report in Estate of Guy C. Irvine, deceased. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY MORRISON, J., October 5, 1906 :

For the reasons given in the appeal of Mary J. Bachop in opinion this day filed in Irvine's Estate, ante, p. 614, the assignments of error are all dismissed and the decree is affirmed at the costs of the appellant.